670 A.2d 1051

IN THE MATTER OF EDWARD M. FARYNYK,
AN ATTORNEY AT LAW.

February 9, 1996.

### ORDER

The Disciplinary Review Board on December 6, 1995, having filed with the Court its decision concluding that a letter of admonition should be issued to **EDWARD M. FARYNYK** of

**JERSEY CITY,** who was admitted to the bar of this State in 1972, for violation of *RPC* 1.15(a) (failure to safeguard client property), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.